IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
In re:  ALI JOOBEEN              )
                                 ) Civil Action
              Debtor             ) No. 07-CV-2736
                                 ) Bankruptcy No. 06-15749-dws
Appellant:                       )
  ALI JOOBEEN                    )
                                 )
Appellees:                       )
  MICHAEL TSOKAS, Creditor;      )
  CEIL JOOBEEN, Interested Party;)
  ORANG JOOBEEN, Interested Party;)
  KELLY CLARK, Interested Party; )
  WILLIAM C. MILLER, Trustee; and)
  UNITED STATES TRUSTEE, Trustee )
                                 )
           and                   )
                                 )
In re:  JIAN JOOBEEN, a Minor,   )
  by Ali Joobeen, his guardian   ) Civil Action
  & trustee                      ) No. 07-CV-2737
                                 ) Bankruptcy No. 06-15752-dws
              Debtor             )
                                 )
Appellant:  KELLY CLARK,         )
    Intervenor                   )
                                 )
Appellees:                       )
  JEFFREY T. GROSSMAN,           )
    Interested Party;            )
  AARON POGACH, Interested Party;)
  WILLIAM C. MILLER, Trustee; and)
  FREDERICK BAKER, Trustee       )
                                 )
           and                   )
                                 )
In re:  JIAN JOOBEEN, a Minor,   )
  by Ali Joobeen, his guardian   ) Civil Action
  & trustee                      ) No. 07-CV-2738
                                 ) Bankruptcy No. 06-15752-dws
              Debtor             )
                                 )
Appellant:  JIAN JOBEEN          )
                                 )
Appellees:                       )
  JEFFREY T. GROSSMAN,           )
    Interested Party;            )
  AARON POGACH, Interested Party;)
  WILLIAM C. MILLER, Trustee; and)
  FREDERICK BAKER, Trustee       )
```

O R D E R

NOW, this 27th day of March, 2008, upon consideration of the following documents:

    1)    Notice of Appeal filed May 23, 2007 by debtor-appellant Ali Joobeen in bankruptcy no. 06-15749-dws (civil action no. 07-CV-2736);

    2)    Notice of Appeal filed May 23, 2007 by intervenor-appellant Kelly Clark in bankruptcy no. 06-15752-dws (civil action no. 07-CV-2737);

    3)    Notice of Appeal filed May 23, 2007 by debtor-appellant Jian Joobeen in bankruptcy no. 06-15752-dws (civil action no. 07-CV-2738),

which three consolidated cases appeal from the May 23, 2007 Order and accompanying Memorandum Opinion of Chief United States Bankruptcy Judge Diane Weiss Sigmund of the United States Bankruptcy Court for the Eastern District of Pennsylvania dismissing bankruptcy nos. 06-15749-dws and 06-15752-dws as actions filed in bad faith; upon further consideration of:

    (A)    Brief of Appellants filed August 6, 2007;

    (B)    Brief of Dr. Michael Tsokas and Aaron Pogach, Esquire[,] Creditors of Ali Joobeen filed August 21, 2007;

        (C)    Reply Brief of Appellants filed September 2, 2007;

        (D)    Brief of Appellee, filed by appellee William C. Miller, U.S. Bankruptcy Trustee, on September 9, 2007; and

        (E)    Reply Brief of Appellants filed September 20, 2007;

after oral argument held February 12, 2008; and for the reasons expressed in the accompanying Opinion,

    <u>IT IS ORDERED</u> that the Brief of Dr. Michael Tsokas and Aaron Pogach, Esquire Creditors of Ali Joobeen is stricken.

    <u>IT IS FURTHER ORDERED</u> that the May 23, 2007 Order of Chief Judge Sigmund is affirmed in part and remanded in part for further proceedings consistent with the accompanying Opinion.

    <u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this matter closed for statistical purposes.

                BY THE COURT:


                <u>/s/ James Knoll Gardner</u>
                James Knoll Gardner
                United States District Judge